

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 2, 2020

**VIA ECF**
Honorable Lewis J. Liman
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

      Re:    *Sanchez v. United States*, 20 Civ. 6535 (LJL)

Dear Judge Liman:

      This Office represents defendant United States of America (the "Government") in the above-referenced case commenced by plaintiff Jose Sanchez pursuant to the Federal Tort Claims Act. I write respectfully to request an adjournment of the initial conference scheduled for December 16, 2020, at 2 p.m. [ECF No. 9], to a date and time after January 12, 2021 that is convenient to the Court and the parties. The extension is requested because plaintiff only recently perfected service on the United States under Rule 4(i)(1) of the Federal Rules of Civil Procedure by serving this Office with a copy of the summons and complaint on November 13, 2020. Under Rule 12(a)(2), the Government's deadline to file an answer or move for dismissal of plaintiff's complaint runs 60 days after service on this Office, which is January 12, 2021. Accordingly, the adjournment is requested for the undersigned to complete her factual investigation into plaintiff's allegations, and to prepare and file a response to the complaint. Plaintiff's counsel consents to this request. This is the parties' second request for an adjournment of the initial conference.

      We thank the Court for its consideration of this request.

The initial pretrial conference previously scheduled for December 16, 2020 is ADJOURNED to January 21, 2021 at 10:00 a.m.

SO ORDERED. 12/4/2020.

*(signed)*
LEWIS J. LIMAN
United States District Judge

Respectfully,

AUDREY STRAUSS
Acting United States Attorney

By:    */s/ Tomoko Onozawa*
      TOMOKO ONOZAWA
      Assistant United States Attorney
      Tel: (212) 637-2721
      Fax: (212) 637-2686
      Email: tomoko.onozawa@usdoj.gov

cc:    James Greenberg, Esq. (via ECF)
       *Counsel for Plaintiff*