UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

JOSE SANCHEZ,

          Plaintiff,

        -against-

UNITED STATES OF AMERICA,

          Defendant.

-------------------------------------------------------------x

20-CV-6535 (LJL) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The parties have indicated that they consent to conduct all proceeding, including a trial, before the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(c). (ECF 16, 18). If all parties consent, they shall complete the Consent to Proceed Before a U.S. Magistrate Judge form available on the Court's website at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge and file such form with the assigned District Judge by **January 7, 2022**.

      SO ORDERED.

Dated: December 17, 2021
       New York, New York

                                        _s/ Ona T. Wang_
                                           **Ona T. Wang**
                                United States Magistrate Judge