USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOSE SANCHEZ,

                Plaintiff,

     -against-

UNITED STATES OF AMERICA,

                Defendant.

------------------------------------------------------------X

20-CV-06535 (OTW)

ORDER

**SARAH NETBURN, United States Magistrate Judge**:

    On Friday, January 14, 2022, the Honorable Ona T. Wang referred this matter to me for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. The parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates, to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 14, 2022
             New York, New York