**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
JOSE SANCHEZ,                                               :
                                                            :
                Plaintiff,                                  :    20-CV-6535 (OTW)
                                                            :
         -against-                                          :    ORDER
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                Defendant.                                  :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

Plaintiff has unnecessarily and impermissibly filed Initial Disclosures on the docket. Fed. R. Civ. P. 5(d)(1)(A); *see* Local Civil Rule 5.1. Accordingly, the Clerk of Court is directed to strike ECF 40.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: February 10, 2022  
New York, New York

**Ona T. Wang**  
United States Magistrate Judge